# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. HERNANDEZ, et al.,<br><br>　　　　Defendants. | Case No.  1:13-cv-01625-MJS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE<br><br>ECF No. 8 |

　　　　Plaintiff Federico Hernandez ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 9, 2013.  Plaintiff has consented to Magistrate Judge jurisdiction.  (ECF No. 7.)

　　　　On November 15, 2013, Plaintiff filed a motion seeking service of his complaint by the United States Marshal.  Plaintiff is entitled to the appointment of the Marshal to serve process on his behalf because he is proceeding in forma pauperis.  28 U.S.C. §1915(d); Fed. R. Civ. P. 4(c)(3).  However, the Marshal will not be directed by the Court to initiate service of the complaint until the Court has screened Plaintiff's complaint and determined that it states cognizable claims. 28 U.S.C. § 1915A.  Plaintiff is directed to review Section III, Paragraph B of the First Information Order, which sets forth an explanation regarding screening and service of process.  (ECF No. 4.)

///

1 For the reasons set forth above, Plaintiff's motion for service of his Complaint is
2 HEREBY DENIED as premature.

IT IS SO ORDERED.

Dated:    November 20, 2013              /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE