UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO HERNANEZ,<br><br>           Plaintiff,<br><br>      v.<br><br>M. HERNANDEZ, et al.,<br><br>           Defendants. | CASE NO. 1:13-cv-1625-MJS (PC)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(ECF NO. 20)** |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF No. 1.) This matter proceeds against Defendants Hernandez, Zambrano, Rodriguez, Clark, and Martin on Plaintiff's claim of excessive force in violation of the Eighth Amendment to the United States Constitution. (ECF No. 16.)

   Pending before the Court is Defendants' motion to extend the time to respond to Plaintiff's complaint by 45 days, to and including July 16, 2014. (ECF No. 20.) The motion is based on defense counsel's declaration that she has requested, but not received, documents from the Inmate Appeals Board and California Victim

Compensation and Government Appeals Board, and they are necessary to respond to Plaintiff's Complaint. (ECF No. 20.) Plaintiff has not opposed the motion.

The Court finds good cause for extending the time for Defendants to respond to Plaintiff's complaint. Accordingly, IT IS HEREBY ORDERED that Defendants' motion to extend the time to respond to Plaintiff's complaint (ECF No. 20) is GRANTED, and the time for Defendants to file a responsive pleading is extended to and including July 16, 2014.

IT IS SO ORDERED.

Dated:   July 2, 2014                                   /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE