UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>M. HERNANDEZ, et al.,<br><br>Defendants. | Case No.  1:13-cv-01625-AWI-MJS (PC)<br><br>**ORDER (1) GRANTING PLAINTIFF'S REQUEST FOR COPY, AND (2) DENYING REQUEST FOR DISCOVERY DISPUTE CONFERENCE**<br><br>**(ECF No. 49)**<br><br>**CLERK TO SEND PLAINTIFF COPY OF ECF No. 42** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. The action proceeds against Defendants Hernandez, Zambrano, Clark, Rodriguez, and Martin on Plaintiff's Eighth Amendment excessive force claim. (ECF No. 16.)

Before the Court is Plaintiff's February 27, 2015 request for a copy of the Court's discovery and scheduling order. Plaintiff states that he has been moved to a new institution and does not have his legal materials. He requests a copy of the discovery and scheduling order to alert officials at his new institution of pending deadlines in this action and to thereby more readily obtain his legal materials. (ECF No. 49.)

Plaintiff's request for a copy will be granted. To the extent Plaintiff's lack of his legal property interferes with his ability to meet deadlines in this action, he may seek an extension of time.

Plaintiff's request also states that he asked defense counsel to arrange a telephonic discovery dispute conference on February 19, 2015. He does not state the basis for requesting such a conference, and so the request will be denied. Plaintiff may renew his request by setting forth precisely what discovery he believes is lacking and why.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's request for copy (ECF No. 49) is GRANTED;
2. The Clerk's Office is directed to send Plaintiff a copy of ECF No. 42; and
3. Plaintiff's request for a discovery dispute conference is DENIED.

IT IS SO ORDERED.

Dated:   March 6, 2015              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE