UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>M. HERNANDEZ, et al.,<br><br>Defendants. | Case No. 1:13-cv-01625-AWI-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(ECF No. 72)**<br><br>**CASE TO REMAIN OPEN** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On May 18, 2015, the Magistrate Judge issued findings and recommendations to deny Defendants Clark, Rodriguez, and Martinez's motion for summary judgment brought on exhaustion grounds. (ECF No. 72) No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations (ECF No. 72), filed May 18, 2015, in full;
2. Defendants' motion for summary judgment (ECF No. 53), filed March 23, 2015, is DENIED; and
3. The case shall remain open for further proceedings on Plaintiff's claims.

IT IS SO ORDERED.

Dated:   June 4, 2015

_____
SENIOR DISTRICT JUDGE