UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO HERNANDEZ, | Case No. 1:13-cv-01625-MJS (PC) |
| Plaintiff, | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE THOMAS BRENNICK, CDCR # T-25164 |
| v. | |
| M. HERNANDEZ, et al., | DATE: August 11, 2015 |
| Defendants. | TIME:  8:30 a.m. |
| | COURTROOM: 6 (MJS) |

Inmate Thomas Brennick, CDCR # T-25164, a necessary and material witness on Plaintiff's behalf in proceedings in this case on August 11, 2015, is confined at Wasco State Prison in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Michael J. Seng at the U.S. District Court, Courtroom #6, 2500 Tulare Street, Fresno, California 93721, on Tuesday, August 11, 2015 at 8:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in the proceedings at the time and place above, until completion of the proceedings or as ordered by Judge Seng.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To the Warden of Wasco State Prison:**

**WE COMMAND** you to produce the inmate named above to appear before Judge Seng at the time and place above, until completion of the proceedings or as ordered by Judge Seng.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  ___June 19, 2015___          ___/s/ Michael J. Seng___
UNITED STATES MAGISTRATE JUDGE

