UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO HERNANDEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>M. HERNANDEZ, et al.,<br><br>            Defendants. | CASE NO. 1:13-cv-01625-MJS (PC)<br><br>**ORDER REGARDING MOTIONS**<br><br>**(ECF Nos. 97 & 98)**<br><br>**CLERK'S OFFICE TO RETURN DOCUMENTS TO PLAINTIFF** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendants Hernandez, Zambrano, Clark, Rodriguez, and Martin on Plaintiff's Eighth Amendment excessive force claim. Trial is set for August 11, 2015. (ECF No. 86.)

Before the Court are Plaintiff's June 26, 2015 motions regarding trial exhibits and initial discovery exchanges. (ECF Nos. 97 & 98.)

The first motion purports to be Plaintiff's exchange of trial exhibits with Defendants. (ECF No. 97.) Plaintiff is required to exchange these exhibits directly with Defendants. The Court cannot forward the documents to Defendants on Plaintiff's behalf. Plaintiff's motion will be stricken, and the Clerk's Office will be directed to return the original motion and included exhibits to Plaintiff.

Plaintiff is reminded of his obligation to provide trial exhibits to the Court in compliance with the pretrial order. Pursuant to that order, Plaintiff is required to submit the original and five copies of all trial exhibits, along with exhibit lists, to the Court no later than July 21, 2015. Plaintiff's exhibits shall be pre-marked with numbers preceded by the designation "P-___" (e.g., P-1, P-2). Plaintiff's submission of a single copy, pre-marked in a different format, does not suffice to fulfill this obligation.

Plaintiff's second motion purports to supplement his initial discovery exchanges to Defendants. (ECF No. 98.) Again, however, these exchanges should be directed to Defendants, and the Court will not forward the materials on Plaintiff's behalf. Nor can the Court serve as a repository of the parties' evidence. Accordingly, Plaintiff's motion will be stricken, and the Clerk's Office will be directed to return the original motion and included exhibits to Plaintiff.

If Plaintiff believes his initial disclosures require supplementation, he must produce these materials directly to Defendants. If he wishes to admit the exhibits at trial, he must exchange them with Defendants, and provide them to the Court, in the time and manner described in the pretrial order. Defendants will have the opportunity to object to such late disclosures, and the Court will rule on their admissibility at or prior to trial.

Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motions (ECF Nos. 97 & 98) are STRICKEN. The Clerk's Office is directed to return the original motions and included exhibits to Plaintiff.

IT IS SO ORDERED.

Dated: __July 7, 2015__     /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE