UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. HERNANDEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-01625-MJS (PC)<br><br>**ORDER APPOINTING COUNSEL** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The court finds that the appointment of counsel is warranted for the limited purpose of preparing for and presenting this case at trial.  J. Jackson Waste and J. Christopher Molina have been selected from the court's pro bono attorney panel to represent plaintiff and they have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. J. Jackson Waste and J. Christopher Molina are appointed as counsel in the above entitled matter.
2. This appointment is for the limited purpose of preparing for and presenting this case at trial as currently scheduled. It is not for the purpose of seeking rescheduling or revisiting of matters already resolved.
3. Counsels' appointment will terminate once the jury returns a verdict.
4. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon J. Jackson Waste and J. Christopher Molina, Baker Manock & Jenson PC, 5260 N. Palm Ave., Suite 421, Fresno, California 93704.

6. This matter is set for trial at 8:30 a.m. on August 11, 2015 before Magistrate Judge Michael J. Seng in Courtroom #6.

IT IS SO ORDERED.

Dated:   July 13, 2015                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE