UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO HERNANDEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>M. HERNANDEZ, et al.,<br><br>   Defendants. | CASE NO. 1:13-cv-01625-MJS (PC)<br><br>**ORDER DIRECTING CLERK'S OFFICE TO RETURN TRIAL EXHIBITS TO PLAINTIFF'S COUNSEL** |

Plaintiff is a state prisoner proceeding in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendants Hernandez, Zambrano, Clark, Rodriguez, and Martin on Plaintiff's Eighth Amendment excessive force claim. Trial is set for August 11, 2015. (ECF No. 86.) Plaintiff recently obtained volunteer counsel. (ECF No. 103.)

On July 13, 2015, the Court received what appear to be Plaintiff's trial exhibits. Plaintiff submitted the original and four copies of each exhibit. Plaintiff was required to submit **five** copies of each exhibit. The exhibits are not marked in conformance with the pretrial order. Nor do they appear to include the required exhibit list. Accordingly, the Clerk's Office will be directed to return the documents to Plaintiff's counsel. Plaintiff's counsel shall prepare and re-submit Plaintiff's trial exhibits by the July 21, 2015 deadline. (See ECF No. 92.)

Plaintiff and his counsel are hereby reminded of the requirements of the pretrial order:

> The parties should exchange their trial exhibits with each other no later than July 7, 2015.
>
> Plaintiff and Defendants shall submit the original and five copies of all trial exhibits, along with exhibit lists, to Courtroom Deputy Laurie Yu no later than July 21, 2015. Plaintiff's exhibits shall be pre-marked with numbers preceded by the designation "P-___" (e.g., P-1, P-2). Defendants' exhibits shall be pre-marked with letters preceded by the designation "D-___" (e.g. D-A, D-B).

(ECF No. 92.)

Failure to comply with these requirements may result in Plaintiff being unable to present his exhibits at trial.

Based on the foregoing, the Clerk's Office is HEREBY DIRECTED to return Plaintiff's proposed trial exhibits to Plaintiff's counsel, J. Jackson Waste and J. Christopher Molina, at the following address: Baker Manock & Jenson PC, 5260 N. Palm Ave., Suite 421, Fresno, California 93704.

IT IS SO ORDERED.

Dated:  July 13, 2015          /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE