1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FEDERICO HERNANDEZ,

          Plaintiff,

     v.

M. HERNANDEZ, et al.,

          Defendants.

CASE NO. 1:13-cv-01625-MJS (PC)

**ORDER DIRECTING SERVICE OF SUBPOENAS ON WITNESSES BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS**

**SERVICE WITHIN FOURTEEN (14) DAYS**

     Plaintiff is a state prisoner proceeding in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Trial is set for August 11, 2015.

     The Court previously ordered Plaintiff to provide service information for each witness being commanded to appear, and a money order made payable to each witness as required for payment of witness fees and mileage. Plaintiff has submitted the required information and money orders made payable to the witnesses A. Walker and D. Fischer, being commanded to appear at trial on August 11, 2015.

     Accordingly, IT IS HEREBY ORDERED that:

1.     The Clerk of the Court is directed to forward the following documents to the United States Marshal:

     (1) Two (2) completed and issued subpoenas to be served on:

**Correctional Captain A. Walker**

Pleasant Valley State Prison

24863 West Jayne Avenue

Coalinga, CA 93210

**Associate Warden D. Fischer**

Pleasant Valley State Prison

24863 West Jayne Avenue

Coalinga, CA 93210

(2)   Two (2) completed USM-285 forms;

(3)   One money order # 22601405070 in the amount of $110.73, made payable to A. Walker;

(4)   One money order # 22601405081 in the amount of $110.73, made payable to D. Fischer; and

(5)   One copy of this Order for each witness, plus an extra copy for the Marshal.

2.   Within **fourteen (14) days** from the date of this Order, the United States Marshal is directed to serve the subpoenas and money orders on witnesses A. Walker and D. Fischer in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3.   The United States Marshal shall effect personal service and a copy of this Order upon the named individuals in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections and Rehabilitation to execute this Order. The United States

Marshal shall maintain the confidentiality of all information provided by CDCR pursuant to this Order.

4. Within **seven (7) days** after personal service is effected, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the subpoena and for preparing new USM-285 forms, if required.

IT IS SO ORDERED.

Dated:   July 15, 2015          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE