1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   FEDERICO HERNANDEZ,                    CASE NO. 1:13-cv-01625-MJS (PC)

12              Plaintiff,                  **ORDER STRIKING MOTION IN LIMINE
                                            (ECF No. 109) AND MOTION FOR
13        v.                                PROPOSED VOIR DIRE QUESTIONS
                                            (ECF No. 110)**
14   M. HERNANDEZ, et al.,

15              Defendants.

16

17

18        Plaintiff is a state prisoner proceeding in forma pauperis in this civil rights action

19   brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendants

20   Hernandez, Zambrano, Clark, Rodriguez, and Martin on Plaintiff's Eighth Amendment

21   excessive force claim. Trial is set for August 11, 2015. (ECF No. 86.) Plaintiff recently

22   obtained volunteer counsel. (ECF No. 103.)

23        Before the Court are Plaintiff's July 17, 2015 motion in limine (ECF No. 109) and

24   motion for proposed voir dire questions (ECF No. 110), both filed by Plaintiff acting in

25   pro se.

26        Counsel has been appointed to represent Plaintiff in the preparation for and

27   conduct of trial. Plaintiff's motions therefore must be brought through counsel. <u>See,</u>

28

e.g., United States. v. El–Alamin, 574 F.3d 915, 923 (8th Cir.2009); United States v. Hildreth, 485 F.3d 1120, 1125 (10th Cir.2007); United States v. Vampire Nation, 451 F.3d 189, 206 n. 17 (3rd Cir.2006); Abdullah v. United States, 240 F.3d 683, 686 (8th Cir.2001); Ennis v. LeFevre, 560 F.2d 1072 (2d Cir.1977). The Court will not entertain motions brought by Plaintiff on his own behalf.

Accordingly, Plaintiff's unauthorized motion in limine (ECF No. 109) and motion for proposed voir dire questions (ECF No. 110) are HEREBY STRICKEN.

IT IS SO ORDERED.

Dated:   July 20, 2015          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE