UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO HERNANDEZ,<br><br>     Plaintiff,<br><br>     v.<br><br>M. HERNANDEZ, et al.,<br><br>     Defendants. | CASE No. 1:13-cv-01625-MJS (PC)<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME**<br><br>**(ECF No. 113)** |

Plaintiff is a state prisoner proceeding in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendants Hernandez, Zambrano, Clark, Rodriguez, and Martin on Plaintiff's Eighth Amendment excessive force claim. The Court's June 19, 2015 pretrial order set a July 21, 2015 deadline for the parties to file "a non-argumentative, brief statement of the case suitable for reading to the jury at the outset of jury selection." (ECF No. 92.) Trial is set for August 11, 2015. (ECF No. 86.)

Before the Court is Plaintiff's July 21, 2015 request for an extension of time to file his statement of the case. Plaintiff's counsel states that, due to their recent appointment and inability to communicate thus far with Plaintiff, they have not had an opportunity to confer with Plaintiff in order to produce a "maximally effective" statement of the case.

The statement of the case is not intended to be a "maximally effective" statement of either party's case, but rather a **very brief, neutral** orientation to the nature of the case for the jury venire. As stated in the pretrial order, the Court will draft its own statement of the case, regardless of the parties' submissions. The Court will present its intended statement for the parties' review on the morning of trial.

Given the short amount of time prior to trial and the Court's intent to draft its own statement, Plaintiff's motion for an extension of time to file a statement of the case is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   July 22, 2015          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE