UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. HERNANDEZ, et al.,<br><br>　　　　Defendants. | CASE NO. 1:13-cv-01625-MJS (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO RESPOND TO DEFENDANTS' REQUEST FOR CLARIFICATION**<br><br>**JULY 27, 2015 DEADLINE** |

　　　Plaintiff is a state prisoner proceeding in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendants Hernandez, Zambrano, Clark, Rodriguez, and Martin on Plaintiff's Eighth Amendment excessive force claim. Trial is set for August 11, 2015. (ECF No. 86.)

　　　Before the Court is Defendants' July 21, 2015 request for clarification of the pretrial order. (ECF No. 120.) Specifically, Defendants state that they wish to use as demonstrative evidence photographs of the dining hall where the incident at issue occurred. The photographs Defendants wish to utilize were disclosed to Plaintiff's counsel simultaneously with Defendants' request to the Court. The use of such visual aids was not addressed in the Court's pretrial order.

　　　In light of the foregoing, Plaintiff is HEREBY ORDERED to file, by July 27, 2015, objections, if any he has, to Defendants' proposed use of demonstrative evidence. The

1 Court will hold and keep Defendants' request under submission pending receipt of
2 such objections, if any.

IT IS SO ORDERED.

Dated:   July 22, 2015         /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE