UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. HERNANDEZ, et al.,<br><br>　　　　Defendants. | CASE NO. 1:13-cv-01625-MJS (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR CLARIFICATION**<br><br>**(ECF No. 120)**<br><br>**AUGUST 3, 2015 DEADLINE** |

　　　　Plaintiff is a state prisoner proceeding in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendants Hernandez, Zambrano, Clark, Rodriguez, and Martin on Plaintiff's Eighth Amendment excessive force claim. Trial is set for August 11, 2015. (ECF No. 86.)

　　　　On July 21, 2015, Defendants filed a request for clarification of the pretrial order. (ECF No. 120.) Specifically, Defendants state that they wish to use as demonstrative evidence photographs of the dining hall where the incident at issue occurred. The photographs Defendants wish to utilize were disclosed to Plaintiff's counsel simultaneously with Defendants' request to the Court. The use of such visual aids was not addressed in the Court's pretrial order.

　　　　On July 22, 2015, the Court ordered Plaintiff to respond to the request. (ECF No. 129.) Plaintiff responded on July 23, 2015, stating that he has no objections to the

use of the photographs as demonstrative evidence, provided that he also is permitted to use the photographs for the same purpose.

In light of the foregoing, Defendants' request for clarification is HEREBY GRANTED. The parties may use the photographs as demonstrative aids during trial. Defendants shall lodge an original and five (5) copies of the photographs, marked for identification purposes, with the Court by August 3, 2015. Defendants also shall provide marked copies of the photographs to Plaintiff's counsel by the same date.

IT IS SO ORDERED.

Dated:   July 24, 2015                                 /s/ *Michael J. Seng*
                                                                UNITED STATES MAGISTRATE JUDGE