# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. HERNANDEZ, et al.,<br><br>　　　　Defendants. | CASE NO. 1:13-cv-01625-MJS (PC)<br><br>**ORDER ADOPTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**(ECF No. 151)**<br><br>**CLERK TO CLOSE CASE** |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Before the Court is the parties' stipulation for voluntary dismissal with prejudice. (ECF No. 151.)

　　　The stipulation is HEREBY APPROVED and the action is DISMISSED with prejudice.

IT IS SO ORDERED.

　　Dated:　October 15, 2015　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE